UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:97-CR-98-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | ORDER TO REASSIGN |
| DENNIS RAY HOWARD | : | |

For good cause shown, the Clerk of Court is DIRECTED to reassign the above-captioned case to Chief Judge James C. Dever III.

SO ORDERED.

This the 21 day of May, 2012

TERRENCE W. BOYLE
United States District Court Judge

FILED
MAY 21 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK